ORIGINAL

# In the United States Court of Federal Claims

No. 16-1209C

(Filed: December 6, 2016)

FILED

DEC - 6 2016

U.S. COURT OF
FEDERAL CLAIMS

|  |  |
|---|---|
| LAWRENCE TURNER, | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| THE UNITED STATES, | ) |
|  | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

On September 27, 2016, plaintiff in the above-captioned case, Mr. Lawrence Turner, appearing pro se, filed a complaint in this court. ECF No. 1. On October 11, 2016, plaintiff filed an incomplete motion for leave to proceed in forma pauperis (IFP application). ECF No. 5. Plaintiff's IFP application did not include a certified copy of his trust fund account statement for the six month period immediately preceding the filing of the complaint as required under 28 U.S.C. § 1915(a)(2).

On October 14, 2016, the court informed Mr. Turner that a failure to file his certified trust account statement by November 15, 2016 would result in the dismissal of his complaint for failure to prosecute pursuant to the Rule 41 of the Rules of the United States Court of Federal Claims (RCFC). Order, EFC No. 6.

As of the date of this order, plaintiff has neither paid the required filing fee nor provided his certified trust account statement to complete his IFP Application. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute pursuant to RCFC 41.

IT IS SO ORDERED.

PATRICIA E. CAMPBELL-SMITH
Chief Judge

7012 3460 0001 7791 8873